EXHIBIT A

# Honeywell

**Sold To:**
Honeywell International Inc.
Building Solutions
1985 Douglas Drive
GOLDEN VALLEY MN  55422
United States

## Purchase order

| Number | Version | Date |
|---|---|---|
| **4404617862** | **1** | **13-MAY-2014** |

Honeywell's Purchase Order Terms and Conditions attached to, transmitted with, or referenced in this Purchase Order (together with all related specifications, drawings, or other documents referred to on the face of the Purchase Order or related to this Purchase Order) are incorporated by reference and shall govern the transaction(s) entered into pursuant to this Purchase Order. Honeywell's Purchase Order number and line item number must appear on all invoices, shipping documents and notices, bills of lading, and all correspondence related to this order. Unless prohibited by law or otherwise indicated on the face of this Purchase Order, all Payment terms shall commence from the date upon which both (i) a correct invoice is received at the specified "Bill to - mailing" address and in accordance with the Net terms of payment indicated below subject to Honeywell's scheduled payment runs and (ii) all goods and/or services are received in conformance with the Purchase Order.

**Vendor Address:**
TETRA TECH INC
1900 SO SUNSET STREET SUITE 1 F
LONGMONT CO  80501
United States

| Your Vendor Number with us: | 2069855 |
|---|---|
| Vendor Contact: | Bipin Mishra, PE |
| Tel: | 3037725282 |

**Bill To - mailing address:**
Email Address - PDF attachments only:
ACSAmericas.APInvoices@Honeywell.com

**Postal address:**
HBS East, South, Central, West
ACS Accounts Payable
PO Box 981234
EL PASO TX 79998-1234
United States

**Ship to:**
Attn: Brenton Watkajtys
Town of Lyons
432 5th Avenue
LYONS CO  80540
United States

**Honeywell Contact:**

| Buyer: | Name: Beach, Clay |
|---|---|
| | Tel: +1 602 293 1641 |
| | Fax: +1 602 436 9880 |
| | Email: Clay.Beach@Honeywell.com |
| Accts Payable: | Tel: 877-443-4836 |
| | Email: ACSAmericasAPInquiry@Honeywell.com |

| Terms of payment : | Net 65 days |
|---|---|
| Currency : | USD |
| Terms of delivery : | EXW(Ex Works) /Ex Works |
| Your person responsible: | Bipin Mishra, PE |

The terms and conditions governing the Work associated with this purchase order, the Professional Engineering Services Subcontract, are attached hereto and take precedence. Unless advised otherwise by the subcontractor prior to the start of work, the attached terms replace and supersede any and all other terms previously executed by the parties and will govern all Work related to this project as well as any subsequent change orders. Any of the following acts by the subcontractor will constitute acceptance of this purchase order: commencement of performance or informing Honeywell in any manner of commencement of performance. The attached Professional Engineering Services Subcontract may be amended only through a written addendum executed by both parties.
Electronic Invoice : YES
**Requester : E491947 ( Brenton Watkajtys 303/728-9249 )**

| Item | Material/Description | Quantity | UoM | Unit Price | Net Amount | TAX |
|---|---|---|---|---|---|---|
| 10 | | 127,998.00 | AU | 1.00 / AU | 127,998.00 | N |
| | TETRA TECH | | | | | |
| | Your material Number: CONSULTING SERVICES | | | | | |
| | **Delivery Date:** | 31-AUG-2015 | | | | |
| | TETRA TECH | | | | | |
| | 5/13/14 - Attached Addendum to Professional Engineering Services Subcontract (PESS). CB | | | | | |
| | Scope of Work: Consulting services per Attachment A Scope of Work | | | | | |
| | Estimated Start Date: 5/8/2014 | | | | | |

EXHIBIT A

# Honeywell

**Sold To:**
Honeywell International Inc.
Building Solutions
1985 Douglas Drive
GOLDEN VALLEY MN 55422
United States

## Purchase order

| Number | Version | Date |
|---|---|---|
| **4404617862** | **1** | **13-MAY-2014** |

Honeywell's Purchase Order Terms and Conditions attached to, transmitted with, or referenced in this Purchase Order (together with all related specifications, drawings, or other documents referred to on the face of the Purchase Order or related to this Purchase Order) are incorporated by reference and shall govern the transaction(s) entered into pursuant to this Purchase Order. Honeywell's Purchase Order number and line item number must appear on all invoices, shipping documents and notices, bills of lading, and all correspondence related to this order. Unless prohibited by law or otherwise indicated on the face of this Purchase Order, all Payment terms shall commence from the date upon which both (i) a correct invoice is received at the specified "Bill to - mailing" address and in accordance with the Net terms of payment indicated below subject to Honeywell's scheduled payment runs and (ii) all goods and/or services are received in conformance with the Purchase Order.

Estimated Completion Date: 8/31/2015

Retainage = 0%
Terms: Direct To Owner

| | | |
|---|---|---|
| Total net value excl. tax | USD | 127,998.00 |

| Approved by: | Beach, Clay |
|---|---|

EXHIBIT A

# Honeywell

## TERMS AND CONDITIONS

## PURCHASE ORDER SUBCONTRACT AGREEMENT
### BUILDING SOLUTIONS GENERAL TERMS AND CONDITIONS

The Subcontractor agrees:

1.      This purchase order is deemed accepted when Subcontractor accepts the electronic purchase order or begins performing the work, whichever is earlier. Honeywell rejects any additional or inconsistent terms and conditions offered by Subcontractor at any time. Any reference to Subcontractor's quotation, bid, or proposal does not imply acceptance of any term, condition, or instruction contained in that document. No course of prior dealing or usage of the trade may modify, supplement, or explain any terms used in this purchase order. These terms and conditions together with the specifications, drawings, or other documents referred to on the face of the purchase order, or attached, or any documents incorporated by reference, supersede any prior or contemporaneous communications, representations, promises, or negotiations, whether oral or written, respecting the subject matter of this purchase order. All contract documents related to this purchase order are interpreted together as one agreement.

2.      To furnish, under the general supervision of Honeywell, and pay for all labor, materials, skill and instrumentalities and perform all the work necessary to complete the work described on a purchase order issued through Honeywell's purchasing system or job; to waive and release all lien rights and claims now existing or that may at some future time arise on the job; to furnish, if requested, waivers of liens and claims from every person furnishing labor or material for the job; and to protect Honeywell, the job, and the Owner/Principal Contractor from all expenses arising out of the Subcontractor's efforts under this agreement. If the Subcontractor encounters asbestos containing material, formaldehyde, lead, or potentially toxic or otherwise hazardous material, including but not limited to mold, mildew, fungi or other similar microbial conditions in the performance of its work, or disturbs painted surfaces in pre-1978 homes and child-occupied facilities as defined by the EPA's Renovation, Repair & Painting Rule ("Hazardous Material"), Subcontractor will immediately halt work on the affected portion of the contract and contact Honeywell for further instructions. Subcontractor will indemnify and hold Honeywell harmless from and against any and all claims and the cost of the claims, including attorneys' fees, damages for bodily injury and property damage which may arise as the direct result of Subcontractor's work in or around asbestos or other hazardous or toxic substances, as well as any mold, mildew, fungi or other similar microbial condition caused by the Subcontractor, its subcontractors, agents or employees in the performance of the work. UNDER NO CIRCUMSTANCES WILL HONEYWELL BE LIABLE FOR ANY INJURY TO SUBCONTRACTOR WHICH IS THE RESULT OF SUBCONTRACTOR'S EXPOSURE TO ASBESTOS OR OTHER TOXIC OR HAZARDOUS SUBSTANCES.

3.      Honeywell may direct changes in the subcontract work using a change order issued through Honeywell's purchasing system. If any change causes an increase or decrease in the cost of, or the time required for, performing the subcontract work, an equitable adjustment will be made to the price, delivery dates or both. No extra work or changes performed by the Subcontractor will be paid for unless authorized by Honeywell in writing or electronic form.

4.      This agreement contains the entire understanding between the parties with respect to the subject matter in this agreement and supersedes any prior representations or agreements, oral or written, and all other communications between the parties relating to the subject in this agreement. This agreement cannot be amended except by an instrument in writing executed by an authorized supply management representative of Honeywell and an authorized representative of the Subcontractor.

5.      To assume toward Honeywell, to the extent applicable to the Subcontractor's scope of work, all the obligations that Honeywell has assumed toward the Owner/Principal Contractor by the terms of the Plans and Specifications, General Conditions and Supplementary General Conditions, relating to the entire project ("Contract Documents"), which Contract Documents are available for examination by the Subcontractor. If any provision of the documents is inconsistent with a provision of this agreement, this agreement will govern.

6.      Time is of the essence with respect to the job schedule. Subcontractor will begin the work on the job as soon as the project is ready for the work or, in any event within 72 hours after being notified by Honeywell to do so, and to complete the job in accordance with the job schedule furnished by Honeywell. If Subcontractor reasonably believes that it will be unable to meet the job schedule or any portion of the job schedule Subcontractor will immediately notify Honeywell of the anticipated delay and take immediate corrective action to comply with the job schedule (including without limitation working overtime or providing additional personnel or equipment or other resources). All corrective actions will be at Subcontractor's sole cost and expense, unless the delay or anticipated delay is caused by Honeywell, in which case the parties will mutually agree upon a corrective action plan and apportioning of the cost. If Subcontractor fails to promptly develop and implement a corrective action plan, Honeywell may implement its own corrective action plan at Subcontractor's expense. No oral extensions of time for performance of this agreement will be recognized.

7.      The job will include, in addition to that specifically described, any additional equipment, materials or services which may be implied to complete the job, as a functional unit, for the use intended.

8.      It is the Subcontractor's responsibility to provide all labor, materials, equipment and other facilities required to complete the work. The Subcontractor will be fully responsible for the checkout and verification of its own work. If any deficiencies or defects are discovered after the work is turned over to Honeywell, the deficiencies and defects will be expeditiously corrected at the Subcontractor' expense for the duration of the warranty period.

9.      If the Subcontractor's scope of work covers design/build responsibilities, the Subcontractor will specify all performance and design criteria related to the systems, materials or equipment to be provided for the project. The Subcontractor will cause the services to be provided by a properly licensed design professional, whose signature and seal will appear on all drawings, calculations, specifications, certifications, shop drawings and other submittals prepared by those professionals. Shop drawings and other submittals related to the work designed or certified by a professional, if prepared by others, will bear the professional's written approval when submitted to the Subcontractor. Honeywell will be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications or approvals performed by the design professionals. Honeywell will review, approve or take other appropriate action on submittals only for the limited purpose of checking for conformance with information given by the Subcontractor and the design concept expressed in the subcontract documents. Honeywell will not be responsible for the adequacy of the performance or design criteria required by the subcontract documents.

The drawings, specifications and other documents prepared by the Subcontractor are for use solely with respect to this project. They are not to be used by the Subcontractor or any sub-subcontractor or material or equipment supplier on other projects or for additions to the scope of work without the specific written consent of Honeywell. The Subcontractor, sub-subcontractors and material or equipment suppliers are authorized to use and reproduce applicable portions of the drawings, specifications and other documents prepared by the Subcontractor appropriate to and for use in the execution of their work under the subcontract documents.

10.     Subcontractor will pay applicable prevailing wages if required by law. Subcontractor is responsible for determining the applicable prevailing wage requirements pertaining to Subcontractor's work and will strictly comply with the requirements. Subcontractor will keep complete and accurate records containing the name and address of each worker, the occupational title or titles for the work performed, the rate of pay, daily and weekly hours worked for each occupational title, deductions made, and actual wages paid for work performed by each worker. When prevailing wage requirements apply, Subcontractor will submit the attached Statement of Compliance, Exhibit A, and a reasonable number of certified copies of current payroll records on the form incorporated in this agreement as Exhibit A-1 with each request for payment. Receipt of the information will be a condition precedent to making any payments to the Subcontractor.

Honeywell reserves the right to audit Subcontractor's books and records to ensure compliance with the requirements contained in this agreement. The Subcontractor will defend, indemnify and hold harmless Honeywell from and against any claim, demand, cause of action, liability, damages, loss or expense arising from Subcontractor's failure to comply with applicable prevailing wage laws.

11.     The Subcontractor will comply with Honeywell's National Pneumatic Control Systems Installation & Service Agreement and will employ union labor for all work covered under the scope of the trade jurisdiction of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO.

12.     Invoices may be submitted to Honeywell either electronically utilizing the purchasing system or by manually mailing an invoice to the remit to address shown on the face of the purchase order. Payments to the Subcontractor for satisfactory performance of the subcontract work will be made in accordance with the terms on the face of the purchase order from

EXHIBIT A

Honeywell

## TERMS AND CONDITIONS

the date upon which a correct invoice is received or the time as required by applicable law, whichever is earlier. Payment will be scheduled for the first payment cycle following the net terms for the invoice. Honeywell's obligation to pay is specifically and expressly conditioned upon Honeywell receiving payment from the Customer for the subcontract work. The price for the subcontract work will include all freight charges and all taxes assignable to the subcontract work. Honeywell reserves the right to deduct 10% of the amount otherwise due Subcontractor, or an amount allowed by applicable law, in accordance with the terms on the face of the purchase order after final acceptance by the Owner.

13.     The Subcontractor will perform the Subcontract Work in a safe and reasonable manner. The Subcontractor will seek to avoid injury, loss or damage to persons or property by taking reasonable steps to protect employees and other persons at the site, materials and equipment stored at the site or at off-site locations for use in performance of the Subcontract Work, and all property and structures located at the site and adjacent to work areas, whether or not the property or structures are part of the project or involved in the Subcontract Work.

The Subcontractor will establish and submit site specific safety programs implementing safety measures, policies and standards conforming to those required or recommended by governmental and quasi-governmental authorities having jurisdiction and by Honeywell and Owner, including, but not limited to, requirements imposed by the subcontract documents. The Subcontractor will comply with the reasonable recommendations of insurance companies having an interest in the project, and will stop any part of the Subcontract Work which Honeywell deems unsafe until corrective measures satisfactory to Honeywell will have been taken. Honeywell's failure to stop the Subcontractor's unsafe practices will not relieve the Subcontractor of the responsibility. The Subcontractor will give prompt written notice to Honeywell of any accident involving personal injury requiring a physician's care, any property damage exceeding Five Hundred Dollars ($500.00) in value, or any failure that could have resulted in serious personal injury, whether or not an injury was sustained. A detailed written report of any accident will be furnished if requested by Honeywell. The Subcontractor will indemnify Honeywell for fines, or penalties imposed on Honeywell as a result of any safety violation by Subcontractor.

14.     Subcontractor will maintain, at its own expense and at all times during the course of this agreement, those insurance policies and minimum limits of coverage as designated below, with an A.M. Best's Insurance rating of A- or better: ce rating of A- or better:

      a)    Commercial general liability coverage (including product liability,contractual liability and completed operations liability in a sum no less than $1 million;

      b)    If automobiles will be used in performance of this agreement, automobile liability coverage in a sum no less than $1 million;

      c)    Workers' compensation coverage as required by any applicable law or regulation and in accordance with the laws of the state, territory,or province having jurisdiction over Subcontractor's employees;and

      d)    Employer's liability coverage in an amount of no less than $1 million.

Except for workers' compensation insurance, all policies of insurance will include Honeywell International Inc., its subsidiaries, and its their respective officers, directors, shareholders, employees, agents and customer as additional insureds to the extent of Subcontractor's indemnification obligations pursuant to Article 23 of this agreement. All policies will provide that they are primary to and noncontributory with any and all insurance maintained by or afforded to an additional insured under such insurance.

Prior to commencement of services, Subcontractor will provide to Honeywell certificates of insurance evidencing compliance with the insurance requirements of this agreement.

All coverages and coverage limits required under this agreement can be met through any combination of primary and excess (umbrella) insurance policies allowed by law. The amount of insurance carried in compliance with the above requirements is not to be construed as either a limitation on or satisfaction of any obligations under this agreement.

If the Subcontractor's scope of work covers design/build responsibilities, the Subcontractor will at its expense, procure and maintain Errors and Omissions Insurance in an amount no less than $5 million.

15.     Absent any contrary provision on the face of a purchase order, the job price includes all freight charges and all taxes assignable to the job.

16.     Honeywell is solely entitled to the recovery of any deductions available pursuant to the Internal Revenue Code Section 179D, energy efficient commercial building deductions.

17.     Unless Honeywell is notified in writing to the contrary, it will be conclusively presumed that work by others that precedes the Subcontractor's performance has been done in a proper manner.

18.     If the value of the subcontract is equal to or greater than $50,000 performance and payment bonds are required, unless otherwise waived in writing by a Honeywell representative. The cost for the bonds is to be included in the subcontract price.

19.     The Subcontractor will secure and pay for background checks for its employees in accordance with applicable state statues necessary for the proper execution and completion of the Subcontractor's work. Subcontractor will specifically incorporate by reference the foregoing provision with all of its lower-tier subcontractors.

20.     In the event the Subcontractor's scope of work covers the receipt of Honeywell furnished equipment, Subcontractor will be required to make a thorough inspection of the packaging and equipment prior to signing a bill of lading with the carrier. A report of the "as delivered" condition is to be furnished to Honeywell. If the packaging or equipment is damaged, the Subcontractor will not sign a bill of lading and Honeywell will be notified immediately. Failure of the Subcontractor to properly inspect the packaging and equipment for visual damage and provide documentation of the "as delivered" condition may result in damages associated with equipment as well as any resulting delays.

21.     To warrant or guarantee the job to the same extent that Honeywell is obligated to warrant or guarantee the entire project under Honeywell's contract with its Customer, but in no event will the Subcontractor warrant or guarantee its work against any defects for less than one year after final completion of Honeywell's contract with its Customer.

22.     To protect partially completed work on the job and equipment or materials left at the job site and to be financially responsible for any damage occasioned by Subcontractor's failure to do so.

23.     Subcontractor will, at its expense, defend and indemnify Honeywell and its subsidiaries, affiliates, and agents and their respective officers, directors, shareholders, and employees, and Honeywell's customers (collectively, "**Indemnitees**") from and against any and all loss, cost, expense, damage, claim, demand, or liability, including reasonable attorney and professional fees and costs, and the cost of settlement, compromise, judgment, or verdict incurred by or demanded of an Indemnitee ("**Loss**") arising out of, resulting from or occurringin connection with Subcontractor's negligence, willful misconduct, or breach of the terms of this agreement. All Honeywell remedies set forth in this agreement are in addition to, and will in no way limit, any other rights and remedies that may be available to Honeywell at law or in equity.

24.     To be responsible for all incidental damage and expense, relating to the job, caused by the Subcontractor, including, but not limited to: cleaning up and removal of rubbish and debris, cleaning of soiled walls, floors and other surfaces, patching damaged plaster and replacing broken glass.

25.     Subcontractor will assign qualified personnel to perform the services and will ensure that its personnel devote sufficient time and effort to performing the services as necessary to complete all services in accordance with this agreement. Subcontractor will bear all liability for the acts or omissions of the personnel assigned to perform the services. If Honeywell determines that any Subcontractor personnel performing services are unacceptable, Honeywell will notify Subcontractor and Subcontractor will take prompt, appropriate corrective action, which may include, at Honeywell's request, replacing the personnel. Subcontractor will pay all costs associated with replacing the personnel. If Subcontractor refuses to replace any of its personnel upon Honeywell's request, Honeywell may immediately terminate this agreement.

26.     If, in Honeywell's exclusive judgment, the Subcontractor is failing to satisfactorily perform any aspect of the job, Honeywell may, at no extra cost to itself and at its sole option:

      a)    Require Subcontractor to correct, replace or re-execute faulty or defective work done or materials furnished;

EXHIBIT A

**Honeywell**

## TERMS AND CONDITIONS

b)   Require Subcontractor to increase the number of workers assigned to the job and to use overtime labor or work on Saturdays, Sundays or holidays to complete the job on schedule; or

c)   Terminate this agreement and complete or correct the job or retain others to do so.  In this event, Honeywell may require materials of the Subcontractor to be left on the job site for use in completing or correcting the job.

Subcontractor will be responsible for all costs or expenses incurred by Honeywell as a result of Subcontractor's failure to satisfactorily perform.

27.   Honeywell may terminate this subcontract without cause prior to completion.  If it does so, Honeywell's sole liability to the Subcontractor will be limited to the Subcontractor's out-of-pocket costs for labor and material for the actual work performed by Subcontractor to the date of termination, which must be supported by reasonable and sufficient backup data (invoices and payroll records) substantiating Subcontractor's right to payment, plus reasonable and agreed upon (by Honeywell) overhead and profit to the date of termination.  Under no circumstances will the Subcontractor be entitled to recover lost profit or any damages from Honeywell as a result of the early termination.

28.   If Subcontractor is in any way indebted to Honeywell, moneys due Subcontractor may be withheld as an offset against other indebtedness.  Honeywell may also withhold monies otherwise due Subcontractor because of repeated failure to perform the subcontract work; loss or damage arising out of or relating to the subcontract and caused by the Subcontractor to the Owner, Honeywell or others to whom Honeywell may be liable; failure to properly pay for labor, materials, equipment or supplies furnished in connection with the subcontract work; repeated non-conforming or defective subcontract work which has not been corrected on a timely basis; reasonable evidence of delay in performance of the subcontract work so that the work will not be completed in accordance with the job schedules and that the unpaid balance of the job price is not sufficient to offset the liquidated or actual damages that may be sustained by Honeywell as a result of an anticipated delayed caused by the Subcontractor; and third party claims involving the Subcontractor or reasonable evidence demonstrating that third party claims are likely to be filed unless and until the Subcontractor furnishes Honeywell with adequate security in the form of a security bond, letter of credit or other collateral or commitment which are sufficient to discharge the claims if established.

29.   All information, including without limitation specifications, samples, drawings, materials, know-how, designs, processes, and other technical, business, or financial information, that: (a) has been or will be supplied to Subcontractor by or on behalf of Honeywell; or (b) Subcontractor will design, develop, or create in connection with this agreement; as to individual items or a combination of components or both, and whether or not completed, and all derivatives of (a) and (b) that Subcontractor has or will design, develop or create are deemed to be "Confidential Information" of Honeywell. All Confidential Information is work made for hire and made in the course of services rendered.All  rights to it belong exclusively to Honeywell.

Honeywell's Confidential Information will remain the property of Honeywell. It may not be used by Subcontractor for any purpose other than for performing this agreement, may not be disclosed to any third party, and will be returned to Honeywell upon the earlier of Honeywell's written request or completion of the subcontract work.  If, with Honeywell's prior written approval, Subcontractor furnishes Confidential Information to a sub-tier supplier, Subcontractor will bind the sub-tier supplier to confidentiality requirements substantially identical to this provision and Subcontractor will remain responsible to Honeywell for any breach of this provision by its sub-tier suppliers.  No disclosure, description or other communication of any sort will be made by Subcontractor to any third person of the fact of Honeywell's purchase of the work, the terms of this agreement, the substance of any discussions or negotiations concerning this agreement, or either party's performance under this agreement.

Any news release, public announcement, advertisement, publicity or any other disclosure concerning this agreement to any third party except as may be necessary to comply with other obligations stated in this agreement requires prior written approval of Honeywell.  This clause survives the termination or cancellation of this agreement.

30.   The Subcontractor will not assign this agreement or any rights or obligations under this agreement or subcontract all or any material aspect of the work called for without the prior written approval of Honeywell.  Any assignment without Honeywell's written approval will be voidable at the option of Honeywell.  Honeywell may assign this agreement or any rights or obligations under this agreement to any of its subsidiaries or affiliates or to any purchaser or successor to all or substantially all of the assets of the business or product line to which this agreement relates without Subcontractor's consent and upon written notice to Subcontractor.

31.   Nothing in this agreement will be construed to place Subcontractor and Honeywell in an agency, employment, franchise, joint venture, or partnership relationship.  Neither party has the authority to obligate or bind the other in any manner, and nothing contained in this agreement will give rise or is intended to give rise to rights of any kind to any third parties.  Neither party will make any representation to the contrary.  The parties agree that Subcontractor will perform its obligations under this agreement as an independent contractor.  Subcontractor retains the right to exercise full control of, supervision over and responsibility for Subcontractor's performance under this agreement, including the employment, direction, compensation and discharge of Subcontractor's personnel, as well as compliance with workers' compensation, unemployment, disability insurance, social security, withholding and all other laws, rules, codes, taxes, regulations and ordinances governing these matters.

32.   Honeywell has committed, in connection with certain of its contracts with the U. S. Government, to award subcontract work to small business concerns.  As part of this commitment, Honeywell has agreed to include Federal Acquisition Regulation ("FAR") 52.219-8 in its subcontracts that offer further subcontracting opportunities. Accordingly, to satisfy this obligation, Honeywell requires Subcontractors to comply with FAR 52.219-8 if the subcontract offers further subcontracting opportunities.

For ease of reference FAR 52.219-8 (Utilization of Small Business Concerns) is set forth as follows:
http://www.acquitition.gov/far/current/html/52_217_221.html.

33.   US Equal Employment Opportunity Regulations. To the extent employment activities of Subcontractor occur in the United States and if otherwise applicable **this contractor and subcontractor shall abide by the requirements of 41 CFR §§ 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their  race, color, religion, sex, or national origin.  Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protectedveteran status or disability.**

34.   Subcontractor hereby certifies, for itself and all of its lower-tier subcontractors that as of the date of the execution of this agreement, the Subcontractor, nor any lower-tier subcontractors, nor any suppliers are under suspension or debarment by any governmental entity, instrumentality or authority.

Subcontractor's obligations pursuant to this provision are ongoing from and after the effective date of this agreement through the termination date. Accordingly, the Subcontractor will have an obligation to inform Honeywell if, at any time during the term of the agreement, it or any of its lower-tier subcontractors are suspended or debarred by any governmental entity, instrumentality or authority.  Notification will be made within fifteen (15) days of the date of suspension or disbarment.

The failure of the Subcontractor to notify Honeywell of any suspension or debarment by any governmental entity, instrumentality or authority will constitute an event of default of this agreement with Honeywell.

35.   Except as otherwise set forth below, any dispute arising out of or relating to this agreement will be finally resolved by a sole arbitrator in accordance with the Center for Public Resources (CPR) Institute for Dispute Resolution Rules for Non-Administered Arbitration then currently in effect.  The arbitration will be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and judgment upon the award rendered by the arbitrator may be entered by any court having jurisdiction thereof.  The place of arbitration will be at a location specified by Honeywell.
Either party may apply to the arbitrator seeking injunctive relief until the arbitration award is rendered or the controversy is otherwise resolved.  Either party also may, without waiving any remedy under this agreement, seek from any court having jurisdiction any interim or provisional relief that is necessary to protect the rights or property of that party, pending the arbitrator's determination of the merits of the controversy.
Any dispute involving intellectual property rights will be adjudicated before a court of competent jurisdiction and this section will not be binding on either party with respect to the dispute in its entirety or any related dispute, including any portions of the dispute that do not concern intellectual property rights.

EXHIBIT A

Honeywell

## TERMS AND CONDITIONS

Subcontractor agrees, at Honeywell's sole discretion, to join and to participate in any dispute resolution process required by Honeywell's contract with the Customer and/or Owner if any dispute relates to Subcontractor's work.  In the event that the Subcontractor makes a claim for additional compensation or any other relief that, in Honeywell's sole judgment, arises out of acts or conditions for which the Customer and/or Owner may be responsible, Subcontractor will participate in the dispute resolution process with the Customer and/or Owner and agreed to be bound by the results.

36.     This Subcontract will be governed by the laws of the state where the subcontract work is performed, unless otherwise specified on the face of the purchase order.

37.     If any provision of this agreement is held to be illegal, invalid, or unenforceable by a court of competent jurisdiction, that provision will be severed from this agreement. The remaining provisions will remain in full force and effect; and a similar legal, valid and enforceable provision will be substituted in lieu of the severed provision.

03/14/2014

EXHIBIT A

**Honeywell**

## Attachment A: Scope of Work
## Consulting Services for Lyons WWTP Upgrade Project

Task 1: Project Management

Project management tasks include communicating with Honeywell and the Town, coordinating with the Tetra Tech project team, updating budget and schedule information, submitting invoices, and other pertinent project management tasks.  This task is limited to 30 hours of effort and does not include any on-site meetings.

Task 2: Permitting Coordination

Permitting coordination tasks include meetings, e-mails, and research involving the WWTP permitting. Mark Maxwell shall be involved in all permitting meeting and issues with CDPHE.  If requested by Honeywell, Tetra Tech will review the design-build construction documents to help assure that the final constructed product is consistent with the overall goals of the project, as embodied in CDPHE approvals for the preliminary engineering report (PER), site application amendment, and process design report (PDR).  Services are "on-call" and as required.

Task 3: Review Process Equipment Shop Drawings

The Contractor will provide shop drawings for all process equipment.  The bid documents do not have detailed specifications to compare to submittals.  The design-build team will review the process equipment and control system shop drawings and provide comments to the Engineer of Record for consideration.  Tetra Tech will provide supplemental review and comments for each submittal action as the Honeywell representative.  This task has a budget of 320 person-hours.

Task 4: Construction Inspection and Construction Support Services

Honeywell will have a project manager on-site for approximately 20 hours per week.  The project manager, who will not perform specialty inspections, may request Tetra Tech construction personnel to make specialty inspections, attend meetings, and provide information regarding standard construction procedures and techniques.  This will be "on-call" services as required.  This task has a budget of 242 person-hours.

Task 5: StartUp Support Services

The Contractor is responsible for startup services, training, and a 14 day acceptance test.  The acceptance test will occur after successful startup of all equipment and when the facilities are deemed ready by Honeywell and the Contractor for the test.  It is recommended that the sequencing batch reactor (SBR) be in service for at least two times the design oxic SRT (in days) before the test is performed.  Tetra Tech will review and comment on the draft operation and maintenance (O&M) manual and pre-startup training curriculum to determine if sufficient information is being communicated to the operators for successful long-term operation of all facilities that will comprise the upgraded Lyons WWTP.  A Tetra Tech process control and operational trainer will audit enough of the

EXHIBIT A



Honeywell

pre-startup, startup, and post-startup training events, as well as initial performance results, to advise Honeywell as to the efficacy of the training and whether adjustments are needed to assure continuous compliance after completion of the acceptance test.    This will be "on-call" services as required.  This task has a budget of 96 person-hours.

EXHIBIT A

**Honeywell**

## Attachment B
### General Project Conditions

---

### SUPPLEMENTAL CONDITIONS

1.  All job site issues, coordination, communication and/or any obstacles that prevent the performance of this scope of work is to be directed in writing and transmitted by any of the following: mail / courier / fax / email.

2.  All applications for payment require a HONEYWELL pre-approved AIA Schedule of Values with updated percent completes and are due between the 1st and the 10th day of each month or as pre-approved with Honeywell.  SUBCONTRACTOR must attach certified payroll affidavits suitable for audits if requested.

3.  SUBCONTRACTOR shall promptly repair, replace or correct any failure of services performed to conform to the requirements of the foregoing warranties if SUBCONTRACTOR receives written notice of such failure within twelve (12) months (or longer depending upon applicable warranty from original manufacturer) after (i) final acceptance of services performed or acceptance of equipment/materials supplied, as applicable, or (ii) previous warranty correction, whichever is later ("Warranty Period").  In the absence of an acceptance criteria in the Order, "final acceptance" shall be the date HONEYWELL releases SUBCONTRACTOR's final retention money. Any extended Warranty shall be covered in Attachment D of this contract.

4.  SUBCONTRACTOR warrants to HONEYWELL that at all times, the Work will be free of any liens or encumbrances. SUBCONTRACTOR will cause them to be discharged promptly after HONEYWELL has notified SUBCONTRACTOR of their existence.

5.  SUBCONTRACTOR warrants and represents to HONEYWELL that SUBCONTRACTOR is skilled, knowledgeable, and experienced in performing work of the same nature and magnitude as the Work.

6.  SUBCONTRACTOR warrants and represents to HONEYWELL that SUBCONTRACTOR will perform the Work continuously, diligently, and expeditiously until the Work is complete, that SUBCONTRACTOR will appoint a competent, well qualified job superintendent who will be on the Job Site during performance of the Work, and that SUBCONTRACTOR will engage only skilled and knowledgeable personnel to perform the Work, and in sufficient numbers to complete the Work on or before the scheduled Completion Date.

7.  SUBCONTRACTOR will comply with the Honeywell Project Security Plan. Each member of the SUBCONTRACTOR or its agent's work force <u>must wear Contractor issued ID Badges</u>.  Each individual <u>must display their badge at all times</u> when on Customer property.  Any individual failing to display their badge will be immediately dismissed from the premises.

8.  SUBCONTRACTOR is responsible for performing all work in such a manner as to not disrupt any Customer activities.  All work under this agreement is to be coordinated through HONEYWELL's Project Manager and the applicable and authorized Customer's personnel.  Total job coordination shall remain under the direct control of HONEYWELL's Project Manager or a designated HONEYWELL representative.

9.  SUBCONTRACTOR shall be responsible for the protection of existing conditions.  Where installation causes damage (including fingerprints) to ceilings, walls, floors, fixtures, lenses, landscaping, sidewalks, parking lots, paving, etc., SUBCONTRACTOR shall perform all necessary repairs to return the damaged areas to their pre-installation condition.

**Honeywell**

## Attachment B
### General Project Conditions

10. SUBCONTRACTOR shall be responsible for cleanup of all work areas on a **DAILY** basis including but not limited to vacuuming, dusting, mopping, etc. to leave the areas in pre-work conditions.

11. SUBCONTRACTOR shall be responsible for ensuring the security of their personal tools, equipment and materials.

12. SUBCONTRACTOR has included any and all supplemental ladders, lifts or scaffolding (electric or mechanical) as required to install their work. Any and all scaffolding/lifts shall be fully coordinated through HONEYWELL and the CUSTOMER for each individual building prior to any delivery or set-up. In the event certain types of scaffolding/lifts are not acceptable for whatever reason, an alternate approved by the CUSTOMER will be utilized with NO additional cost to this contract. If scaffolding/lifts are utilized, all surfaces must be fully protected from oils, grease, tire damage, etc. and any and all repairs to the buildings resulting from the use of such equipment is the sole responsibility of the SUBCONTRACTOR.

13. SUBCONTRACTOR shall be responsible for receiving, handling and storage of all materials furnished as part of this agreement. This includes but is not limited to newly installed materials but also obsolete material removed during the installation. Space may be provided by the CUSTOMER but if not available, it is the SUBCONTRACTOR's responsibility to find and maintain an offsite, secured area for all material within his scope of work. SUBCONTRACTOR shall take precautions and erect temporary barriers, where required, to insure equipment protection from weather and safety of personnel. SUBCONTRACTOR shall furnish, install or otherwise provide any or all temporary facilities, structures or services as may be necessary or required for or during the performance of the construction work. Prior approval is required from the CUSTOMER's representative for any temporary facility.

14. SUBCONTRACTOR is responsible for securing all necessary approvals, permits, bonds, and other licenses required to complete this work.

15. Safety is this project's number one (1) priority. Each SUBCONTRACTOR shall be responsible for and shall comply with Federal, State, OSHA, and Local safety regulations and requirements. Subcontractor shall comply with Honeywell's Project Safety Plan. SUBCONTRACTOR shall be responsible and hold the CUSTOMER and HONEYWELL harmless for all penalties, claims, damages (including legal fees), and/or costs for non-compliance. When unsafe conditions or practices are observed by HONEYWELL, the SUBCONTRACTOR will be requested to correct them. If no action is taken, written notice will be issued to the SUBCONTRACTOR for appropriate action. Failure or refusal to comply with or enforce any applicable OSHA, Federal, State, and Local health and safety regulations may result in:
A. Removal of SUBCONTRACTOR's employees involved in the violation from the PROJECT.
B. Removal of all SUBCONTRACTOR personnel from the PROJECT.

16. SUBCONTRACTOR shall be responsible to communicate to their employees, their agents, the CUSTOMER, and HONEYWELL, all toxic and hazardous materials used for this project. A list of the hazardous materials used on the PROJECT will be provided to HONEYWELL when the SUBCONTRACTOR delivers the material, properly labeled, to the PROJECT. The SUBCONTRACTOR shall supply a Material Safety Data Sheet to the HONEYWELL Project Manager at least seven (7) calendar days prior to introducing a hazardous material to the PROJECT. Any penalty and/or costs for non-compliance shall be the SUBCONTRACTOR's responsibility. SUBCONTRACTOR shall provide written documentation to HONEYWELL from all material manufacturers verifying that products installed on-site are free from asbestos.

17. All reports, data, or information in any form prepared, assembled, or encountered by or provided to the SUBCONTRACTOR under this agreement are confidential, and the SUBCONTRACTOR agrees that, except as specifically authorized in this agreement or as may be required by law, the reports, data, or

**Honeywell**

## Attachment B
### General Project Conditions

information shall not be made available to any other individual or organization, without the prior written approval of HONEYWELL. The SUBCONTRACTOR further agrees to implement such measures as may be necessary to ensure that its staff and its subcontractors shall be bound by the confidentiality provisions contained in this agreement. The SUBCONTRACTOR shall not issue publicity news releases or grant press interviews, and except as may be required by law during or after the performance of this agreement, disseminate any information regarding its services or the projects to which services pertain without the prior written consent of HONEYWELL.

18. Labor and dumpsters required for the removal of debris and trash generated by this SUBCONTRACTOR'S scope of work are to be provided by this SUBCONTRACTOR. All dumpsters shall be covered and inaccessible to unauthorized personnel whenever the SUBCONTRACTOR is not on-site.

19. Coordination is required with HONEYWELL Project Manager prior to performance of designated work. The CUSTOMER and HONEYWELL reserve the right to schedule, reasonably reschedule and shift the necessary work at no additional cost. It is expected that the SUBCONTRACTOR shall adjust the installation plan and schedule to meet the CUSTOMER's requirements.

20. SUBCONTRACTOR's representative with decision making authority shall attend weekly coordination meetings as requested by HONEYWELL and/or whenever SUBCONTRACTOR or its agents have employees working on-site.

21. SUBCONTRACTOR shall assign a Project Manager and a Field Superintendent to this project. Their responsibilities include the following:
    a. Contract compliance and supervision of workforce
    b. Material procurement and management
    c. Scheduling of project and coordination with HONEYWELL and CUSTOMER
    d. Building walk through and sign-offs in coordination with HONEYWELL
    e. Tracking and reporting of job progress on a weekly basis
    f. Correction of any field problems and disputes.
    g. Develop and maintain punchlist items for HONEYWELL review
    h. Complete adherence to all rules and regulations
    i. Complete CUSTOMER Satisfaction and quality control
    j. Red-line design drawings for input into record drawings.

22. SUBCONTRACTOR agrees to and accepts all rules and regulations (tobacco free, parking restrictions, restricted use of project facilities, etc.) concerning the project site. These rules and regulations shall be presented to the SUBCONTRACTOR upon HONEYWELL's receipt of same from its CUSTOMER and are fully incorporated by this reference into the Subcontract Agreement. When these rules and regulations are observed by the CUSTOMER or HONEYWELL to be in violation, the SUBCONTRACTOR will be requested to correct them. If no action is taken, written notice will be issued to the SUBCONTRACTOR for appropriate action. Failure or refusal to comply or enforce this policy may result in:
    A.   Removal of SUBCONTRACTOR's employees or agents involved in the violation from the PROJECT.
    B.   Removal of all SUBCONTRACTOR personnel from the PROJECT.

23. The SUBCONTRACTOR shall be responsible to insure that their workers are very cordial and respectful to everyone they meet on the CUSTOMER's premise. If any issue arises, regardless who presents the claim, the SUBCONTRACTOR will be requested to immediately correct it. Failure or refusal to comply or enforce this policy will result in:
    A.   Removal of SUBCONTRACTOR's employees or agents involved in the violation from the PROJECT.

**Honeywell**

## Attachment B
### General Project Conditions

B. Removal of all SUBCONTRACTOR personnel from the PROJECT.

24. SUBCONTRACTOR shall provide eight (8) hard copy sets and one (1) electronic copy of all design engineering and submittal data for approval prior to delivery and installation of any material and/or product.

25. There shall be no shutdown of any service for extended periods unless coordinated with the CUSTOMER. This includes, but is not limited to electrical power, lighting panels, heating systems, cooling systems, domestic water and plumbing systems, etc.

26. This is a complete turnkey project by the SUBCONTRACTOR. Change orders may be issued for adds/deducts only if a change is made from the original scope of work, if fully reimbursable by the CUSTOMER and only if authorized by the HONEYWELL Project Manager prior to commencing the change.

27. SUBCONTRACTOR will make every effort to better the scheduled Completion Date in Accordance with Attachment C – Project Schedule.

28. If HONEYWELL determines that SUBCONTRACTOR is behind schedule, HONEYWELL may direct SUBCONTRACTOR to work overtime, increase its workforce, or take other action to meet the contract schedule. HONEYWELL shall not be responsible for any extra costs incurred due to direction.

29. If SUBCONTRACTOR works after normal working hours, SUBCONTRACTOR will be responsible for costs associated with having building open after hours.

30. SUBCONTRACTOR is required to coordinate with all other applicable subcontractors and to be present on same day(s) for start-up and check-out of entire system and for any follow-up start-up and check-out which may be required until the system is commissioned and accepted by the CUSTOMER.

31. Upon completion of the entire Scope of Work, SUBCONTRACTOR shall provide eight (8) copies and one (1) electronic copy of all documentation. This includes but is not limited to shop drawings, maintenance and repair manuals, specification sheets of product used throughout the project, as builts, warranty certificates and procedures, etc. as required by the CUSTOMER to release final payment.

32. If, during the performance of any work, or, while preparing to perform work and/or during breaks, a member of the SUBCONTRACTOR'S workforce or agent finds himself in a room, any room, especially dormitory rooms, with a member of the student body regardless of gender, that workman will immediately and without hesitation leave the room and take either of the following courses of action: 1. If acceptable and depending upon the situation, if work can continue, seek another worker to stay/work with you until the student leaves; or 2. Work in another room/area until the student has left the room, then continue with the work. (Does not apply to this subcontract.)

33. SUBCONTRACTOR is required to prepare and maintain a Project Quality Plan which will consist of weekly inspection by a Quality Supervisor and documented in accordance with Honeywell's Project Quality Plan.

34. The Schedule in Attachment C shall be the project schedule. Changes to the schedule shall be agreed upon by both Honeywell and the Subcontractor.

35. DISCOVERY OF ENVIRONMENTAL HAZARDS
Subcontractor may encounter Hazardous Materials when installing, servicing or maintaining the Solar Facility. Subcontractor shall not be responsible for any work relating to (i) the existence, use,

EXHIBIT A

**Honeywell**

## Attachment B
### General Project Conditions

transportation or treatment of Hazardous Materials, or (ii) the storage, handling, use, transportation, treatment, or the disposal, discharge, leakage, detection, removal, or containment of Hazardous Materials. In the event Subcontractor encounters any Hazardous Material at the Property Site, Subcontractor shall immediately cease any work in progress and immediately inform Honeywell and the Owner of the nature and location of said Hazardous Materials. It shall then be Owner's responsibility to eliminate or contain such Hazardous Materials in a commercially reasonable manner in compliance with law to allow Subcontractor to continue or finalize any work in progress. Rev 2

## GENERAL CONDITIONS

1.  Subcontractor is not responsible for bringing existing lighting/electrical systems up to code.

2.  If Subcontractor encounters any materials or substances classified as toxic or hazardous in performance of the Work associated with the mechanical systems, including asbestos, Subcontractor will notify Customer and will stop work in that area until such area has been made safe by the Customer, or Customer's Representative, at Customer's expense.

3.  Where demolition of certain areas of a building are required for removal and installation of equipment and that demolition is included in the scope of work defined herein, Subcontractor will make every effort to replace such areas with similar materials as available. If such materials are not available, materials of similar quality will be supplied and installed.

4.  Electrical: Should a problem with the existing wiring system occur, Subcontractor will be limited to electrical wiring modifications (repairs) to three feet (36 inches) of the device or the nearest wall or coiling penetrating, whichever is smaller.

5.  Utility Meter: If new utility meters are required, provision and coordination of utility meters is the responsibility of the customer unless included in Attachment A: Scope of Supply.

6.  The following areas are specifically excluded from this scope of work. Correction of problems in these areas, if required by Federal, State or local law or ordinance, will be considered additional work and will be chargeable (with approval) to the Owner.
    a.  Any work not specifically stated and outlined in this scope of work.
    b.  Painting and patching of areas beyond those areas directly related to work.
    c.  Existing non-code conditions (examples: existing electrical wiring which requires correction or approval by appropriate inspectors, existing penetrations in need of fire stopping, etc).

## SPECIAL PROVISIONS

1.  As required by State and Federal law, Subcontractor must comply with the provisions of this Equal Employment Opportunity Clause, failure to comply may result in this contract being canceled or voided in whole or in part, and such other sanctions or penalties may be imposed or remedies invoked as provided by statute or regulation. During the performance of this Contract, Subcontractor agrees as follows:

A.  That it will not discriminate against any employee or applicant for employment because of race, color, religion, creed, sex, marital status, national origin or ancestry, age, citizenship, marital status, physical or mental handicap or disability, military status, or an unfavorable discharge from military service or arrest record status; and further that it will examine all job classifications to determine if minority persons or women are underutilized and will take appropriate affirmative action to rectify any such underutilization.

B.  That, if it hires additional employees in order to perform this Agreement or any portion thereof, it will determine the availability (in accordance with the Department's Rules) of minorities and women in the

**Honeywell**

## Attachment B
### General Project Conditions

area(s) from which it may reasonably recruit and it will hire for each job classification for which employees are hired in such a way that minorities and women are not underutilized.

C. That, in all solicitations or advertisements for employees placed by it or on its behalf, it will state that all applicants will be afforded equal opportunity without discrimination because of race, color religion, sex, marital status, national origin or ancestry, age, physical or mental handicap unrelated to ability, or an unfavorable discharge from military service.

D. That it will send to each labor organization or representative of workers with which it has or is bound by a collective bargaining or other agreement or understanding, a notice advising such labor organization or representative of Honeywell's obligations under the Human Rights Act and the Department's Rules. If any such labor organization or representative fails or refuses to cooperate with Subcontractor in its efforts to comply with such Act and Rules, Subcontractor will promptly so notify the Department and the contracting agency and will recruit employees from other sources when necessary to fulfill its obligations thereunder.

E. That it will submit reports as required by the Department's Rules, furnish all relevant information as may from time to time be requested by the Department or the contracting agency, and in all respects comply with the Human Rights Act and the Department's Rules.

F. That it will permit access to all relevant books, records, accounts and work sites by personnel of the contracting agency and the Department for purposes of investigation to ascertain compliance with the Human Rights Act and the Department's Rules.

G. That it will include verbatim or by reference the provisions of this clause in every lower tier subcontract it awards under which any portion of the Contract obligations are undertaken or assumed, so that such provisions will be binding upon such subcontractor. In the same manner as with other provisions of this Contract, Subcontractor will be liable for compliance with applicable provisions of this clause by such lower tier subcontractors; and further it will promptly notify the contracting agency and the Department in the event any lower tier subcontractor fails or refuses to comply therewith. In addition, any subcontractor declared by the Human Rights Commission to be ineligible for contractors or subcontracts with the State or any of its political subdivisions or municipal corporations is prohibited from performing work under this contract.

2. In accordance with State and Federal law, the use of alcohol and any tobacco products on Customer property is prohibited.

3. New construction shall meet the structural design criteria of the Current International Building Code as well as the Current International Fire Code, International Mechanical Code, Uniform Plumbing Code, and the Current National Electric Code as of the date of this subcontract.

4. At the completion of the project the Subcontractor shall certify in writing that the project was constructed in accordance with the Project Performance Standards and with the approved design.

# Honeywell

# PROFESSIONAL ENGINEERING SERVICES SUBCONTRACT
## BUILDING SOLUTIONS GENERAL TERMS AND CONDITIONS Page 1 of 5

While, the Subcontractor has certain specified knowledge and experience which the Subcontractor is willing to make available to Honeywell in connection with the work scope described in a purchase order;

Now in consideration of the mutual promises and covenants set forth in this agreement, the parties agree as follows:

## SECTION 1 – ACCEPTANCE

This purchase order is deemed accepted when Subcontractor accepts the electronic purchase order or begins performing the work, whichever is earlier.  Honeywell rejects any additional or inconsistent terms and conditions offered by Subcontractor at any time.  Any reference to Subcontractor's quotation, bid, or proposal does not imply acceptance of any term, condition, or instruction contained in that document.  No course of prior dealing or usage of the trade may modify, supplement, or explain any terms used in this purchase order.  These terms and conditions together with the specifications, drawings, or other documents referred to on the face of the purchase order, or attached, or any documents incorporated by reference, supersede any prior or contemporaneous communications, representations, promises, or negotiations, whether oral or written, respecting the subject matter of this purchase order.  All contract documents related to this purchase order are interpreted together as one agreement.

## SECTION 2 - SCOPE

Under the general supervision and direction of Honeywell's designated representative the Subcontractor will furnish professional design and engineering services as delineated in this agreement, described on the face of the purchase order or attached to the electronic purchase order.

## SECTION 3 – PRICE AND PAYMENT

3.1    PRICE – In full and complete consideration for the satisfactory performance of its work and rendition of services by Subcontractor, Honeywell will pay the amount shown on the electronic Purchase Order document subject to adjustments for changes in the work as may be directed by Honeywell.  The Subcontractor will pay all license fees and royalties and assume all costs incident to the use in the performance of the work or the incorporation in the work of any invention, design, process, product or publication which is the subject of patent rights or copyrights held by others.

3.2    PAYMENT – Invoices may be submitted to Honeywell electronically utilizing the purchasing system, manually mailing an invoice to the remit to address shown on the face of the purchase order or e-mailing to ACSAmericasAPInvoices@Honeywell.com.  Payments to the Subcontractor for satisfactory performance of the subcontract work will be made in accordance with the terms on the face of the purchase order from the date upon which a correct invoice is received or the time as required by applicable law, whichever is earlier.  Payment will be scheduled for the first payment cycle following the net terms for the invoice.  Where any specific item(s) in the invoice for payment is questioned, Honeywell's representative may delete those items from the invoice for payment and approve the acceptable portion of the invoice for payment.

Undisputed invoices submitted more than ninety (90) days after the subcontract work to which the invoice relates were rendered will not be accepted for payment by Honeywell and the Subcontractor hereby releases Honeywell from any and all liability for payment with respect to said invoices.

## SECTION 4 – TIME

**TIME IS OF THE ESSENCE** with respect to the delivery schedule ("**Delivery Schedule**").  If Subcontractor reasonably believes that it will be unable to meet the Delivery Schedule or any portion Subcontractor will immediately notify Honeywell of the anticipated delay and take immediate corrective action to comply with the Delivery Schedule (including without limitation working overtime or providing additional personnel or equipment or other resources).  All corrective actions will be at Subcontractor's sole cost and expense, unless the delay or anticipated delay is caused by Honeywell, in which case the parties will mutually agree upon a corrective action plan and apportioning of the cost.  If Subcontractor fails to promptly develop and implement a corrective action plan, Honeywell may implement its own corrective action plan at Subcontractor's expense.

The Subcontractor will commence work within seventy-two (72) hours after being notified by Honeywell to do so.

## SECTION 5 – PROFESSIONAL SERVICES

Subcontractor will assign qualified personnel to perform the services and will ensure that its personnel devote sufficient time and effort to performing the services as necessary to complete all services in accordance with this agreement.  Subcontractor will bear all liability for the acts or omissions of the personnel assigned to perform the services.  If Honeywell determines that any Subcontractor personnel performing services are unacceptable, Honeywell will notify Subcontractor and Subcontractor will take prompt, appropriate corrective action, which may include, at Honeywell's request,



## PROFESSIONAL ENGINEERING SERVICES SUBCONTRACT
### BUILDING SOLUTIONS GENERAL TERMS AND CONDITIONS Page 2 of 5

replacing the personnel. Subcontractor will pay all costs associated with replacing the personnel. If Subcontractor refuses to replace any of its personnel upon Honeywell's request, Honeywell may immediately terminate this agreement.

### SECTION 6 – GUARANTEE AND REMEDIES

6.1     GUARANTEE - Subcontractor warrants that: (a) each of its personnel has the proper skill, training and background necessary to accomplish his or her assigned tasks; (b) all services will be performed in a competent and professional manner, by qualified personnel under the direction and control of Subcontractor, and in accordance with the highest standards in the industry provided by reputable service providers performing services of a similar nature; (c) for a period of 12 months after acceptance (**"Guarantee Period"**), the deliverables and services, as applicable, will comply with this agreement and any change orders issued under a purchase order; will be free from defects in design (except to the extent that the deliverables comply with detailed designs or specifications provided by Honeywell), workmanship, or materials; and will be free of errors, omissions or mistakes; (d) there will be no encumbrances on any deliverable and Honeywell will receive free and clear title to all deliverables; (e) the deliverables and services do not infringe the intellectual property or other rights of any third party or utilize misappropriated third party trade secret information; and (f) Honeywell has the right to use for any purpose any ideas, methods, techniques, materials and information provided to it or otherwise obtained by Honeywell as a result of this agreement without restriction, liability or obligations, except as may be specified in this agreement.

6.2     REMEDIES - If Honeywell determines that the deliverable or services are defective or otherwise not in conformity with this agreement, then Honeywell may, by written notice to Subcontractor: (a) terminate this agreement, in whole or in part, for cause and be provided a refund by Subcontractor; (b) accept the deliverable or services, in whole or in part, at an equitable reduction in price; or (c) reject the deliverable or services, in which case Subcontractor will, at Honeywell's direction and at Subcontractor's expense, timely re-perform, correct, repair or replace the defective or non-conforming deliverable or services so that they conform to the requirements of this agreement. If Subcontractor is unable or unwilling to fulfill this obligation within a reasonable time, then Honeywell may fulfill or have a third party fulfill Subcontractor's obligation at Subcontractor's expense. Subcontractor is responsible for all related costs, expenses and damages resulting from the non-conformance, including all customer charges and expenses; and all other corrective action costs. Unless set off by Honeywell, Subcontractor will reimburse Honeywell for all these costs upon receipt of Honeywell's invoice.

6.3     CONDITIONS APPLICABLE TO ALL GUARANTEES - The guarantees set forth in this Guarantees and Remedies Section survive any delivery, inspection, acceptance or payment by Honeywell for the entire Guarantee Period. Claims for breach of guarantee do not accrue until discovery of noncompliance, even if the services or deliverable were previously inspected. The guarantees provided are cumulative and in addition to any guarantee provided by law or in equity. Any applicable statute of limitation runs from the date of discovery.

### SECTION 7 – CHANGES IN WORK

Honeywell may direct Subcontractor, in writing, and without invalidating this subcontract, to make changes in the work within the general scope of this subcontract, including additions, deletions or revisions. Subcontractor will make no changes in the work without direction from an authorized Honeywell representative. If Subcontractor believes any written direction from Honeywell constitutes a change, then Subcontractor will provide written notice within ten (10) days of receipt. Subcontractor will not be compensated for any change made without written direction by an authorized representative from Honeywell. Any changes in the work which are not in accordance with this agreement will be considered non-conforming and Subcontractor will repair or replace the work at no additional cost.

### SECTION 8 – TERMINATION

Should Subcontractor fail to rectify any contractual deficiencies, including failure to pay its creditors, within three (3) working days after receipt of Honeywell's written notice, Honeywell will have the right to take whatever steps it deems necessary to correct deficiencies and charge the cost to Subcontractor, who will be liable for the full cost of Honeywell's corrective action, including reasonable overhead, profit and attorneys' fees. Honeywell may at any time and for any reason terminate Subcontractor's services at Honeywell's convenience; in the event of termination for convenience, Subcontractor will recover only the actual cost of work completed to date, plus reasonable and agreed upon overhead and profits to the date of termination. Under no circumstances will the Subcontractor be entitled to recover loss profits or any damages from Honeywell as a result of early termination nor will Subcontractor be entitled to any claim or lien against Honeywell or Customer.

### SECTION 9 – CLAIMS

If any dispute will arise between Honeywell and Subcontractor regarding the performance of the work, any alleged work, or whether written directions constitute a change under Section 7 of this agreement, Subcontractor will timely perform the disputed work and will give written notice of a claim for additional compensation for the work within ten (10) days after commencement of the disputed work. Subcontractor's failure to give



## PROFESSIONAL ENGINEERING SERVICES SUBCONTRACT
### BUILDING SOLUTIONS GENERAL TERMS AND CONDITIONS Page 3 of 5

written notice within the ten (10) day period constitutes an agreement by Subcontractor that it will receive no extra compensation for the disputed work.

### SECTION 10 – CLAIMS RESOLUTION

Except as otherwise set forth below, any dispute arising out of or relating to this agreement will be finally resolved by a sole arbitrator in accordance with the Center for Public Resources (CPR) Institute for Dispute Resolution Rules for Non-Administered Arbitration then currently in effect. The arbitration will be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and judgment upon the award rendered by the arbitrator may be entered by any court having jurisdiction. The place of arbitration will be at a location specified by Honeywell.

Either party may apply to the arbitrator seeking injunctive relief until the arbitration award is rendered or the controversy is otherwise resolved. Either party also may, without waiving any remedy under this agreement, seek from any court having jurisdiction any interim or provisional relief that is necessary to protect the rights or property of that party, pending the arbitrator's determination of the merits of the controversy.

Any dispute involving intellectual property rights will be adjudicated before a court of competent jurisdiction and this section will not be binding on either party with respect to the dispute in its entirety or any related dispute, including any portions of the dispute that do not concern intellectual property rights.

Subcontractor agrees, at Honeywell's sole discretion, to join and to participate in any dispute resolution process required by Honeywell's contract with the Customer and/or Owner if any dispute relates to Subcontractor's work. In the event that the Subcontractor makes a claim for additional compensation or any other relief that, in Honeywell's sole judgment, arises out of acts or conditions for which the Customer and/or Owner may be responsible, Subcontractor will participate in the dispute resolution process with the Customer and/or Owner and agreed to be bound by the results.

### SECTION 11 – INDEMNIFICATION

Subcontractor will, at its expense, defend and indemnify Honeywell and its subsidiaries, affiliates, and agents and their respective officers, directors, shareholders, and employees, and Honeywell's customers (collectively, "**Indemnitees**") from and against any and all loss, cost, expense, damage, claim, demand, or liability, including reasonable attorney and professional fees and costs, and the cost of settlement, compromise, judgment, or verdict incurred by or demanded of an Indemnitee ("**Loss**") arising out of, resulting from or occurring in connection with Subcontractor's negligence, willful misconduct, or breach of the terms of this agreement. All Honeywell remedies set forth in this agreement are in addition to, and will in no way limit, any other rights and remedies that may be available to Honeywell at law or in equity.

### SECTION 12 – INSURANCE

Subcontractor will maintain, at its own expense and at all times during the course of this agreement, those insurance policies and minimum limits of coverage as designated below, with an A.M. Best's Insurance rating of A- or better:
   a) Commercial general liability coverage (including product liability, contractual liability and completed operations liability in a sum no less than $1 million;
   b) If automobiles will be used in performance of this agreement, automobile liability coverage in a sum no less than $1 million;
   c) Workers' compensation coverage as required by any applicable law or regulation and in accordance with the laws of the state, territory, or province having jurisdiction over Subcontractor's employees;
   d) Employer's liability coverage in an amount of no less than $1 million; and
   e) Errors and omissions coverage in a sum no less than $5M.

Except for workers' compensation insurance and errors and omissions coverage, all policies of insurance will include Honeywell International Inc., its subsidiaries, and its and their respective officers, directors, shareholders, employees, and agents as additional insureds to the extent of Subcontractor's indemnification obligations pursuant to Section 11 of this agreement.

Except for workers' compensation insurance and errors and omissions coverage, all policies will provide that they are primary to and noncontributory with any and all insurance maintained by or afforded to an additional insured under the insurance.

Prior to commencement of Services, Subcontractor will provide to Honeywell certificates of insurance evidencing compliance with the insurance requirements of this agreement.

All coverages and coverage limits required under this agreement can be met through any combination of primary and/or excess (umbrella) insurance policies allowed by law. The amount of insurance carried in compliance with the above requirements is not to be construed as either a limitation on or satisfaction of any obligations under this agreement.



## PROFESSIONAL ENGINEERING SERVICES SUBCONTRACT
### BUILDING SOLUTIONS GENERAL TERMS AND CONDITIONS Page 4 of 5

Note: Errors and omissions insurance, held by the Subcontractor, is required under this agreement but is limited to the extent of the professional services provided by the Subcontractor pursuant to Section 2, Scope.

### SECTION 13 – CONFLICTS OF INTEREST

Subcontractor agrees that it is not now engaged in and will not during the term of this agreement engage in consulting or other activity with any industrial contractor competing with Honeywell on matters to which this agreement pertains as defined in Section 2, Scope.

### SECTION 14 – RELATIONSHIP OF THE PARTIES/INDEPENDENT CONTRACTOR

Nothing in this Purchase Order will be construed to place Subcontractor and Honeywell in an agency, employment, franchise, joint venture, or partnership relationship. Neither party has the authority to obligate or bind the other in any manner, and nothing contained in this Purchase Order will give rise or is intended to give rise to rights of any kind to any third parties. Neither party will make any representation to the contrary. The parties agree that Subcontractor will perform its obligations under this Purchase Order as an independent contractor. Subcontractor will be solely responsible for all Employer Obligations with respect to Subcontractor personnel, even if a court or other body deems the personnel to be Honeywell employees. "**Employer Obligations**" means all obligations of any kind imposed customarily or by law or agreement on persons acting in the capacity of an employer, including, without limitation, responsibility for (a) hiring, assigning, compensating, and terminating personnel; (b) withholding and paying taxes; (c) verification of employment eligibility, including compliance with work authorization and immigration laws and export licensing and control requirements; (d) compliance with all federal, state and local laws (both common and statutory), and regulations related to employment and the rights of personnel. Subcontractor represents and warrants that it and all its subcontractors, if any, comply and will continue to comply with all applicable employment laws and regulations related to personnel working on Honeywell matters, that all personnel working on Honeywell matters are authorized to work in the relevant jurisdiction, and that it does not employ child or forced labor.

### SECTION 15 – PROPRIETARY INFORMATION

The Subcontractor agrees that it will treat and keep all proprietary information furnished as confidential to the same extent and with the same degree of care and confidence as it handles its own proprietary information. All proprietary information furnished to the Subcontractor hereunder shall not be communicated to third parties during or for two (2) years after the expiration of this Agreement. Subcontractor agrees and undertakes that its employees who will have access to such proprietary information will be required not to communicate such information to third parties and will strictly observe and comply with such obligations.

Any news release, public announcement, advertisement, publicity or any other disclosure concerning this Purchase Order to any third party except as may be necessary to comply with other obligations stated in this Purchase Order requires prior written approval of Honeywell. Subcontractor will not use Honeywell's name or marks or refer to or identify Honeywell in any advertising or publicity releases or promotional or marketing materials without Honeywell's prior written approval. Furthermore, Subcontractor will not claim or suggest, implicitly or explicitly, that Honeywell's purchase of the services constitutes Honeywell's endorsement of its services. This clause survives the termination or cancellation of this Purchase Order.

### SECTION 16 – GRANT OF LICENSE

The Subcontractor hereby expressly grants Honeywell an irrevocable license, regardless of whether or not this agreement is completed, suspended or terminated, to use and reuse all drawings, specifications, calculations, notations and other documents prepared by the Subcontractor or his lower tier Subcontractors for any purpose in connection with this project, including, but not limited to, original construction, future expansion, renovation, maintenance and repair.

### SECTION 17 – NOTICES

All notices relating to this agreement must be in writing. Notices to the parties will be sent to their respective addresses appearing on the face of a purchase order. Notices must be delivered personally; or delivered by recognized overnight courier; or mailed certified first class mail, postage prepaid; or sent by facsimile transmission to the facsimile number provided by Honeywell or Subcontractor respectively; or sent by electronic transmission (email) with proof of delivery. Any notice will be deemed given on the date delivered if delivered personally; three business days after being placed in the mail as specified; or upon confirmation receipt that it was transmitted satisfactorily if transmitted by facsimile or electronic transmission.

### SECTION 18 – ASSIGNMENT

The Subcontractor will not assign this agreement or any rights or obligations under this agreement or subcontract all or any material aspect of the work called for without the prior written approval of Honeywell. Any assignment without Honeywell's written approval will be voidable at the option of Honeywell. Honeywell may assign this agreement or any rights or obligations under this agreement to any of its subsidiaries or affiliates or to any purchaser or successor to all or substantially all of the assets of the business or product line to which this agreement relates without Subcontractor's consent and upon written notice to Subcontractor.

# Honeywell

## PROFESSIONAL ENGINEERING SERVICES SUBCONTRACT
### BUILDING SOLUTIONS GENERAL TERMS AND CONDITIONS Page 5 of 5

### SECTION 19 – WAIVER

If any provision of this agreement is held to be illegal, invalid, or unenforceable by a court of competent jurisdiction, that provision will be severed from this agreement the remaining provisions will remain in full force and effect; and a similar legal, valid and enforceable provision will be substituted in lieu of the severed provision.

### SECTION 20 – CODES, ORDINANCES AND LICENSES

Subcontractor will meet all federal, state and local codes and ordinances applying to the work required by this subcontract, including any authorized changes. Subcontractor further represents and warrants that it is fully licensed to perform the work covered by this agreement, and it will keep all licenses current and valid during the performance of the work.

### SECTION 21 – US EQUAL EMPLOYMENT OPPORTUNITY REGULATIONS

To the extent employment activities of Subcontractor occur in the United States and if otherwise applicable **this contractor and subcontractor shall abide by the requirements of 41CFR §§ 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protected veteran status or disability.**

### SECTION 22 – ENTIRE AGREEMENT

This agreement contains the entire agreement between the parties with respect to the subject matter and supersedes any prior representations or agreements, oral or written, and all other communications between the parties relating to the subject matter hereof. This agreement cannot be amended except by an instrument in writing executed by an authorized supply management representative of Honeywell and an authorized representative of the Subcontractor.

### SECTION 23 – GOVERNING LAW

This agreement will be governed by the laws of the State where the work is performed.

EXHIBIT A

US SAP PESS Rev C (3-20-14)

ADDENDUM NO. 1
TO HONEYWELL PROFESSIONAL ENGINEERING SERVICES SUBCONTRACT PURCHASE ORDER#:
4404617862
BETWEEN
TETRA TECH (HEREINAFTER "SUBCONTRACTOR")
AND
HONEYWELL INTERNATIONAL INC. (HEREINAFTER "HONEYWELL")

Both parties have hereby agreed to modify the above-named agreement between Subcontractor and Honeywell as follows:

1. **SECTION 6  - GUARANTEE AND REMEDIES:**  this Section is amended as follows:

    (a)   Title of Section 6 is amended to read: "*STANDARD OF CARE & REMEDIES*".

    (b)   Modify subsection 6.1 by striking "*GUARANTEE*" and inserting "*STANDARD OF CARE*".

    (c)   Modify first paragraph in 6.1, first sentence by striking: "…*warrants* " and inserting: "…*assures*" that a)…".

    (d)   Modify subsection 6.1,  third line by deleting, "and in accordance with the highest standards in the industry…similar nature;",  and replacing with "; *the Subcontractor shall exercise the degree of learning and skill ordinarily possessed by a reputable design professional practicing in the same or similar locality under similar circumstances (the Standard of Care)*".

    (e)   Subsection 6.1 - Modify item c) by striking:  "*(Guarantee Period")*;".

    (f)   Subsection 6.1, at the end of c) add "*consistent with the Standard of Care,*".

    (g)   Modify subsection 6.3 by striking and replacing with:

    *CONDITIONS APPLICABLE TO STANDARD OF CARE.  The representations set forth in this Conditions Applicable to Standard of Care Section survive any delivery, inspection, acceptance or payment by Honeywell for the entire Contract Period.  Claims for breach do not accrue until discovery of noncompliance, even if the services or deliverable were previously inspected.  The representations provided are cumulative and in addition to any guarantee provided by law or in equity.  Any applicable statute of limitation runs from the date of discovery."*

2. **SECTION 10 – CLAIMS RESOLUTION:**  this Section is amended as follows:

    (a)   Modify last sentence of first paragraph by deleting "at a location specified by Honeywell" and replacing with "in the State the project resides*".

3. **SECTION 11 – INDEMNIFICATION:**  this Section is amended as follows:

    (a)   Modify first line by inserting at the beginning of the sentence "*To the proportionate extent caused by the Subcontractor's negligence*, " then  striking the words "*defend and*".

    (b)   Add new paragraph the end of Section as follows:

    **"IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES."**

# EXHIBIT A

US SAP PESS Rev C (3-20-14)

4.  **SECTION 15 – PROPRIETARY INFORMATION:**  this Section is amended as follows:

    (a)  Modify the end of the second sentence by adding the following: "of this Agreement *except as required by law.*"

5.  **SECTION 16 – GRANT OF LICENSE:**  this Section is amended as follows:

    (a)  Add the following new paragraph at the end of this Section as follows:

        "If  Honeywell should use the drawings for projects other than this specific Project or for any reason Subcontractor is not allowed to complete all the Services, Subcontractor shall not be responsible for the accuracy, completeness or constructability of Subcontractor's drawings and specifications if used, changed or completed by Honeywell or by another party without Subcontractor's involvement.  Accordingly, Honeywell agrees to the extent permitted by law, to indemnify and hold harmless Subcontractor its officers, directors, employees and Subcontractor's consultants from any damages, liabilities or costs, including reasonable attorney's fees and costs, arising from such use, change or completion.*"*

6.  **GENERAL:**

    (a)  The Agreement together with this Addendum replace and supersede all other agreements, written or oral with respect to its subject matter.

    (b)  Except as expressly amended and supplemented hereby the Agreement remains in full force and effect.

    (c)  In the event of any conflict between the terms of this Addendum and the terms of the Agreement, the terms of this Addendum shall prevail.

**IN WITNESS WHEREOF,** the parties hereto have caused this Addendum No. 1 to be signed as of the

_____ day of _____, 2014.

**Tetra Tech**

BY:_____

NAME:_____

TITLE:_____

DATE:_____

**HONEYWELL INTERNATIONAL INC.**

BY:_____

NAME:_____

TITLE:  _____

DATE:_____